# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT GOGGIN, | ) | 3:17-CV-0262-HDM (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 13, 2017 |
| ENTERPRISE LEASING COMPANY-WEST, LLC, | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant filed a motion stay discovery pending disposition of motion to dismiss (ECF No. 23). Plaintiff filed an opposition (ECF No. 28), and defendant replied (ECF No. 31). Two days after the reply was filed, the District Court granted in part and denied in part (ECF No. 34). Therefore,

IT IS ORDERED that the defendant's motion to stay discovery pending disposition of motion to dismiss (ECF No. 23) is **DENIED as moot.** The scheduling order issued on June 9, 2017 (ECF No. 25) shall remain in full force and effect (ECF No. 25).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk