ERIC W. SWANIS, ESQ. (Nevada Bar No. 6840)
STEPHANIE D. BEDKER, ESQ. (Nevada Bar No. 14169)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
  bedkers@gtlaw.com
*Attorneys for Defendant
Enterprise Leasing Company-West, LLC*



FILED / ENTERED  RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 21 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT M. GOGGIN,

  Plaintiff,

v.

ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive, BLACK AND WHITE COMPANIES, and DOES 1-XX, inclusive,

  Defendants.

Case No.: 3:17-cv-00262-HDM-VPC

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO AMEND ANSWER**

**(First Request)**

It is hereby **STIPULATED AND AGREED** between Plaintiff Robert M. Goggin ("Plaintiff") and Defendant Enterprise Leasing Company-West LLC ("Enterprise"), by and through their undersigned counsel, that Enterprise will have an additional week to file its reply in support of its motion to amend its answer to assert third-party claims ("Motion"), up to and including **November 28, 2017**. This extension is requested as (i) the parties are currently discussing whether Plaintiff's opposition to the Motion will be withdrawn in light of the Court's recent granting of the parties' stipulation to extend the pre-trial and discovery deadlines and (ii) Enterprise seeks to avoid incurring additional costs and fees in drafting a potentially unnecessary brief.

Enterprise's Motion was filed on October 24, 2017 (ECF No. 49). Pursuant to a stipulation and order extending the time for Plaintiff's opposition, Plaintiff's opposition brief was filed on November 14, 2017 (ECF No. 52), and Enterprise's reply brief is currently due on November 21, 2017. This is the

///

1

WPB 384113539v1 169351.010400

1 | first request for an extension of time to file this reply brief, and it is filed in good faith and not for
2 | purposes of undue delay.
3 |     DATED this 20th day of November, 2017.

4 | GREENBERG TRAURIG, LLP                    BRADLEY, DRENDEL & JEANNEY

6 |     /s/ Eric W. Swanis                       /s/ William C. Jeanney
Eric W. Swanis, Esq.                          William C. Jeanney, Esq.
7 | *Attorney for Defendant*                   *Attorney for Plaintiff Robert Goggin*
8 | *Enterprise Leasing Company-West, LLC*

9 | *November 21, 2017.*

11 |                                 United States Magistrate Judge

WPB 384113539v1 169351.010400