ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  swanise@gtlaw.com
        bedkers@gtlaw.com

*Counsel for Defendant*
*Enterprise Leasing Company-West, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. GOGGIN,<br><br>            Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive, BLACK AND WHITE COMPANIES, and DOES I-XX, inclusive,<br><br>            Defendants. | Case No.: 3:17-cv-00262-HDM-VPC<br><br>[~~PROPOSED~~] ORDER GRANTING PERMISSION TO TAKE DEPOSITION OF JAMES S. PROCTOR |

On November 17, 2017, Plaintiff, Robert M. Goggin ("Plaintiff"), and Defendant, Enterprise Leasing Company-West, LLC ("Enterprise") (collectively, the "Parties"), presented before the Court at a Case Management Conference ("CMC") in the instant action. Plaintiff appeared by and through his counsel of record, William C. Jeanney, of the law firm Bradley, Drendel & Jeanney. Enterprise appeared by and through its counsel of record, Eric W. Swanis, of the law firm Greenberg Traurig, LLP.

1      During the CMC, Enterprise requested the Court's permission to take the deposition of the witness, James S. Proctor, who is currently incarcerated at the Stewart Conservation Camp in Carson City, Nevada, pursuant to Fed. R. Civ. P. 30(a)(2)(B).[1]

This Court, having considered the papers and pleadings on file, the oral arguments of counsel, and for good cause appearing,

**IT IS HEREBY ORDERED** that Enterprise's request for permission to take the deposition of James S. Proctor (Offender ID: 1043379) at the Stewart Conservation Camp is **GRANTED**.

**IT IS SO ORDERED.**

December 27, 2017

_____
United States Magistrate Judge

*Respectfully submitted by:*

GREENBERG TRAURIG, LLP

/s/ Eric W. Swanis
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169
*Counsel for Defendant*
*Enterprise Leasing Company-West, LLC*

---

[1] "A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2)…if the deponent is confined in prison."

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), 45, I hereby certify that on December 19, 2017, a copy of the foregoing **[PROPOSED] ORDER GRANTING PERMISSION TO TAKE DEPOSITION OF JAMES S. PROCTOR** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Joyce Heilich*
An employee of GREENBERG TAURIG, LLP

WPB 384112611v1 169351.010400