ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
bedkers@gtlaw.com

*Counsel for Defendant/Third-Party Plaintiff
Enterprise Leasing Company-West, LLC*

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         FEB 1 2 2018

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. GOGGIN,<br><br>        Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive, BLACK AND WHITE COMPANIES, and DOES I-XX, inclusive,<br><br>        Defendants.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>JAMES SIDNEY PROCTOR aka JAMES HOOK,<br><br>        Third-Party Defendant. | Case No.: 3:17-cv-00262-HDM-VPC<br><br>[~~PROPOSED~~] ORDER GRANTING PERMISSION TO TAKE DEPOSITION AND OBTAIN RECORDS OF THE PERSON(S) MOST KNOWLEDGEABLE AND CUSTODIAN(S) OF RECORDS FOR THE DEPARTMENT OF THE U.S. NAVY |

1

1. On February 6, 2018, Plaintiff, Robert M. Goggin ("Plaintiff"), and Defendant, Enterprise Leasing Company-West, LLC ("Enterprise") (collectively, the "Parties"), presented before the Court at a Case Management Conference ("CMC") in the instant action. Plaintiff appeared by and through his counsel of record, William C. Jeanney and Drew Bradley, of the law firm Bradley, Drendel & Jeanney. Enterprise appeared by and through its counsel of record, Eric W. Swanis, of the law firm Greenberg Traurig, LLP.

During the CMC, Enterprise requested the Court's permission to take the deposition and obtain the records of the Person(s) Most Knowledgeable and Custodian(s) of Records for the Department of the U.S. Navy.

This Court, having considered the papers and pleadings on file, the oral arguments of counsel, and for good cause appearing,

**IT IS HEREBY ORDERED** that Enterprise's request for permission to take the deposition and obtain the records of the Person(s) Most Knowledgeable and Custodian(s) of Records for the Department of the U.S. Navy is **GRANTED.**

**IT IS SO ORDERED.** February 12, 2018.

_____
United States Magistrate Judge

*Respectfully submitted by:*

GREENBERG TRAURIG, LLP

ERIC W. SWANIS, ESQ. (NBN: 6840)
STEPHANIE D. BEDKER, ESQ. (NBN: 14169)
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, NV 89169
*Counsel for Defendant/Third-Party Plaintiff Enterprise Leasing Company-West, LLC*

*Approved as to form and content:*

BRADLEY, DRENDEL & JEANNEY

WILLIAM C. JEANNEY, ESQ. (NBN: 01235)
P.O. Box 1987
Reno, NV 89505
*Counsel for Plaintiff*

2