UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT M. GOGGIN, | ) | 3:17-cv-00262-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive, BLACK AND WHITE COMPANIES, and DOES I-XX, inclusive | ) ) ) ) ) | |
| Defendants. | | |

On April 10, 2018, plaintiff Robert M. Goggin filed a motion to strike (ECF No. 87). On April 24, 2018, defendant Enterprise Leasing Company-West, LLC filed its response (ECF No. 90) to plaintiff's motion. On May 1, 2018, the parties filed a stipulation for extension of time (ECF No. 92) in which to file a reply to defendant's response. Per the stipulation, plaintiff will have until May 2, 2018 to file his reply. Good cause showing, the stipulation (ECF No. 92) is granted and plaintiff shall have until May 2, 2018 to file his reply to defendant's response (ECF No. 90).

IT IS SO ORDERED.

DATED: This 1st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

1