# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT M. GOGGIN, | ) | 3:17-cv-00262-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive, BLACK AND WHITE COMPANIES, and DOES I-XX, inclusive, | ) ) ) ) ) | |
| Defendants. | | |

Defendant Enterprise Leasing Company-West, LLC ("defendant") filed a motion for summary judgment (ECF No. 89) on April 23, 2018. On May 14, 2018, the parties filed a stipulation (ECF No. 97) for extension of time for plaintiff to file his opposition to defendant's motion. Good cause appearing, the stipulation (ECF No. 97) is GRANTED. Plaintiff shall have until Friday, May 18, 2018 to file his opposition to defendant's motion for summary judgment and defendant shall have until Monday, June 4, 2018 in which to file its reply.

IT IS SO ORDERED.

DATED: This 14th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

1