Eric W. Swanis, Esq. (Nevada Bar No. 6840)
Stephanie D. Bedker, Esq. (Nevada Bar No. 14169)
Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
bedkers@gtlaw.com
*Attorneys for Defendant
Enterprise Leasing Company-West, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. GOGGIN,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS I-X, inclusive, BLACK AND WHITE COMPANIES, and DOES 1-XX, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00262-HDM-VPC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

It is hereby stipulated by and between the parties, by and through their undersigned counsel, that Defendant Enterprise Leasing Company-West LLC ("Enterprise"), will have up and including **June 7, 2018** to which to file its Reply to the Motion for Summary Judgment.

Enterprise's Motion for Summary Judgment was filed on April 23, 2018 (ECF No. 89). Pursuant to a stipulation and order extending the time for Plaintiff's opposition, Plaintiff's opposition brief was filed on May 18, 2018 (ECF No. 100), and Enterprise's reply brief is currently due on June 4, 2018. This is the first request for an extension of time to file this reply brief, and it is filed in good faith and not for purposes of undue delay.

///
///
///

1

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 4th day of June, 2018.

| GREENBERG TRAURIG, LLP | BRADLEY, DRENDEL & JEANNEY |
|---|---|
| /s/ Eric W. Swanis | /s/ William C. Jeanney |
| Eric W. Swanis, Esq. | William C. Jeanney, Esq. |
| *Attorney for Defendant* | *Attorney for Plaintiff Robert Goggin* |
| *Enterprise Leasing Company-West, LLC* | |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

**DATED** this 5th day of June, 2018

2