UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT M. GOGGIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE LEASING COPANY-WEST, LLC, a Delaware Corporation; ABC CORPORATIONS 1-X, inclusive, BLACK AND WHITE COMPANIES, and DOES 1-XX, inclusive,<br><br>　　　　　Defendant.<br><br>ENTERPRISE LEASING COMPANY-WEST, a Delaware Corporation,<br><br>　　　　　Third Party Plaintiff,<br><br>vs.<br><br>JAMES SIDNEY PROCTOR aka JAMES HOOK,<br><br>　　　　　Third Party Defendant. | Case No. 3:17-cv-00262-HDM-VPC<br><br>ORDER |

This court has entered its order (ECF No.106) granting summary judgment in favor of defendant Enterprise Leasing Company-West, LLC ("Enterprise") and against plaintiff Robert M. Goggin. Accordingly, Enterprise shall have until August 31, 2018 within which to show cause why this court should not dismiss Enterprise's third party complaint (ECF No. 61) against third party defendant James Sidney Proctor.

IT IS SO ORDERED.

　　　DATED THIS 23rd day of August, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE

1