# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert M. Goggin,<br><br>    Plaintiff<br><br>v.<br><br>Enterprise Leasing Company-West, LLC, a Delaware Corp.; ABC Corps. 1–X, inclusive, Black and White Companies, and Does 1–XX, inclusive,<br><br>    Defendant | Case No. 3:17-cv-262-HDM-CBC<br><br>**Order Dismissing Enterprise's Third-Party Complaint without Prejudice**<br>**(ECF 61)** |
| Enterprise Leasing Company-West, a Delaware Corp.,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>James Sidney Proctor a/k/a James Hook,<br><br>    Third-Party Defendant | |

This Court granted summary judgment for Enterprise on August 23, 2018. ECF 106. This Court then ordered Enterprise to show cause why this Court should not dismiss its third-party complaint. ECF 110. In response, Enterprise requested that this Court delay entering an order of dismissal until the time for appealing this Court's August 23, 2018 order granting summary judgment expired. The time to appeal has expired, Fed. R. App. P. 4(a)(1)(A), and no appeal has been filed. Thus, this Court dismisses Enterprise's third-party complaint without prejudice.

IT IS SO ORDERED.

Dated: October 25, 2018

_____
Howard D. McKibben
Senior U.S. District Judge